## *DECLARATION OF PLAINTIFF TERRY SHORES TO SERVE AS CLASS REPRESENTATIVE*

I, TERRY SHORES, hereby certify as follows:

1.  I have reviewed the complaint in this action against E-Rex, Inc., f/k/a/ P.R. STOCKS, A Nevada Corporation, and the Application for Appointment of Receiver and Call for Special Meeting of Shareholders and related relief filed in this Action.

2.  I did not purchase the security that is the subject of the complaint at the direction of Plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.  I am willing to serve as a representative party on behalf of a class as set forth in the Complaint, including providing testimony at deposition and trial, if necessary.

4.  To the best of my current knowledge, the following are all of my transactions in the security that is the subject of the Complaint during the class period specified in the Complaint:

    500,000 shares purchased February 2000 at $.10 per share

    250,000 shares purchased March/December 2000 at $.50 per share

    50,000 shares purchased September 2000 at $.66 per share

    166,667 shares acquired in February 2001

    928,570 shares traded September 2001 at $.08 per share

5.  During the three year period preceding the date on which this certification is signed, I have not sought to serve as a representative party on behalf of a class in any case brought under the federal securities laws

6.  I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the complaint, beyond plaintiff's pro rate share of any recovery, except as ordered or approved by the Court.

7.  I make this declaration without waiver of any applicable privileges and without waiver of any right to challenge the necessity for, or the constitutionality of, this

2

1   declaration or to object to the filing of this declaration on any ground whatsoever.

2    8.   The matters stated in this declaration are true to the best of my current knowledge,

3   information and belief.

4    Executed this *28* day of _JANUARY_ 2002, under the laws of the United States

5 of America.

6

7    TERRY SHORES

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                         3

## *DECLARATION OF PLAINTIFF SLAWOMIR KOWNAC_ I TO SERVE AS CLASS REPRESENTATIVE*

I, SLAWOMIR KOWNACKI, hereby certify as follows:

1.    I have reviewed the complaint in this action against E-Rex, Inc., f/k/a/ P.R. STOCKS, A Nevada Corporation, and the Application for Appointment of Receiver and Call for Special Meeting of Shareholders and related relief filed in this Action.

2.    I did not purchase the security that is the subject of the complaint at the direction of Plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.    I am willing to serve as a representative party on behalf of a class as set forth in the Complaint, including providing testimony at deposition and trial, if necessary.

4.    To the best of my current knowledge, the following are all of my transactions in the security that is the subject of the Complaint during the class period specified in the Complaint:

      200,000 shares purchased August 2001 at an average cost of $.14 per share

5.    During the three year period preceding the date on which this certification is signed, I have not sought to serve as a representative party on behalf of a class in any case brought under the federal securities laws

6.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the complaint, beyond plaintiff's pro rate share of any recovery, except as ordered or approved by the Court.

7.    I make this declaration without waiver of any applicable privileges and without waiver of any right to challenge the necessity for, or the constitutionality of, this declaration or to object to the filing of this declaration on any ground whatsoever.

2

8.    The matters    ed in this declaration are true to the be   of my current knowledge, information and belief.

Executed this 25 day of ___January___, 2002, under the laws of the United States of America.

_Kownacki Slawomir_

SLAWOMIR KOWNACKI

3

### _DECLARATION OF PLAINTIFF STEVE RIGG TO SERVE AS CLASS REPRESENTATIVE_

I, STEVE RIGG, hereby certify as follows:

1.    I have reviewed the complaint in this action against E-Rex, Inc., f/k/a/ P.R. STOCKS, A Nevada Corporation, and the Application for Appointment of Receiver and Call for Special Meeting of Shareholders and related relief filed in this Action.

2.    I did not purchase the security that is the subject of the complaint at the direction of Plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.    I am willing to serve as a representative party on behalf of a class as set forth in the Complaint, including providing testimony at deposition and trial, if necessary.

4.    To the best of my current knowledge, the following are all of my transactions in the security that is the subject of the Complaint during the class period specified in the Complaint:

    125,000 shares purchased May 2000 at an average cost of $.95 per share

5.    During the three year period preceding the date on which this certification is signed, I have not sought to serve as a representative party on behalf of a class in any case brought under the federal securities laws

6.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the complaint, beyond plaintiff's pro rate share of any recovery, except as ordered or approved by the Court.

7.    I make this declaration without waiver of any applicable privileges and without waiver of any right to challenge the necessity for, or the constitutionality of, this declaration or to object to the filing of this declaration on any ground whatsoever.

2

8.    The matters stated in this declaration are true to the best of my current knowledge, information and belief.

Executed this 25th day of JANUARY , 2002, under the laws of the United States of America.

STEVE RIGG

3

## DECLARATION OF PLAINTIFF MEL GOODMAN TO SERVE AS CLASS REPRESENTATIVE

I, MEL GOODMAN, hereby certify as follows:

1.    I have reviewed the complaint in this action against E-Rex, Inc., f/k/a/ P.R. STOCKS, A Nevada Corporation, and the Application for Appointment of Receiver and Call for Special Meeting of Shareholders and related relief filed in this Action.

2.    I did not purchase the security that is the subject of the complaint at the direction of Plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.    I am willing to serve as a representative party on behalf of a class as set forth in the Complaint, including providing testimony at deposition and trial, if necessary.

4.    To the best of my current knowledge, the following are all of my transactions in the security that is the subject of the Complaint during the class period specified in the Complaint:

470,000 shares purchased November 1999 through December 2001 at an average cost of $.78 per share.

5.    During the three year period preceding the date on which this certification is signed, I have not sought to serve as a representative party on behalf of a class in any case brought under the federal securities laws.

6.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the complaint, beyond plaintiff's pro rata share of any recovery, except as ordered or approved by the Court.

7.    I make this declaration without waiver of any applicable privileges and without waiver of any right to challenge the necessity for, or the constitutionality of, this declaration or to object to the filing of this declaration on any ground whatsoever.

2

8.      The matters stated in this declaration are true to the best of my current knowledge, information and belief.

Executed this 25th day of ___January___, 2002, under the laws of the United States of America.

Mel Goodman

MEL GOODMAN

3

## *DECLARATION OF PLAINTIFF KARL WEINACKER*
## *TO SERVE AS CLASS REPRESENTATIVE*

I, KARL WEINACKER, hereby certify as follows:

1.  I have reviewed the complaint in this action against E-Rex, Inc., f/k/a/ P.P. STOCKS, A Nevada Corporation and the Application for Appointment of Receiver and Call for Special Meeting of Shareholders and related relief filed in this action.

2.  I did not purchase the security that is the subject of the complaint at the direction of Plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.  I am willing to serve as a representative party on behalf of a class as set forth in the Complaint, including providing testimony at deposition and trial, if necessary.

4.  To the best of my current knowledge, the following are all of my transactions in the security that is the subject of the Complaint during the class period specified in the Complaint:

    350,000 shares of E-Rex, Inc., purchased between April 1999 and August 2001 at an average cost of $.75 per share *Approx,*

5.  During the three year period preceding the date on which this certification is signed, I have not sought to serve as a representative party on behalf of a class in any case brought under the federal securities laws

6.  I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the complaint, beyond plaintiff's pro rata share of any recovery, except as ordered or approved by the Court.

7.  I make this declaration without waiver of any applicable privileges and without waiver of any right to challenge the necessity for, or the constitutionality of, this declaration or to object to the filing of this declaration on any ground whatsoever.

//

2

1    8.    The matters stated in this declaration are true to the best of my current knowledge,

2    information and belief.

3    Executed this 25th day of January, 2002, under the laws of the United States

4    of America.

5

6

7    KARL WEINACKER

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    3

### DECLARATION OF PLAINTIFF CAROL GAMBLE TRUST 86 TO SERVE
### AS CLASS REPRESENTATIVE

I, CHRIS FORD, as an authorized representative of the CAROL GAMBLE TRUST 86, hereby certify as follows:

1.  I have reviewed the complaint in this action against E-Rex, Inc., f/k/a/ P.R. STOCKS, A Nevada Corporation, and the Application for Appointment of Receiver and Call for Special Meeting of Shareholders and related relief filed in this Action.

2.  I did not purchase the security that is the subject of the complaint at the direction of Plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.  I am willing to serve as a representative party on behalf of a class as set forth in the Complaint, including providing testimony at deposition and trial, if necessary.

4.  To the best of my current knowledge, the following are all of my transactions in the security that is the subject of the Complaint during the class period specified in the Complaint:

    1,500,000 shares purchased February 2000 at $.10 per share

    50,000 shares purchased August 2000 at $.58 per share

    360,000 shares acquired in February 2001

5.  During the three year period preceding the date on which this certification is signed, I have not sought to serve as a representative party on behalf of a class in any case brought under the federal securities laws

6.  I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the complaint, beyond plaintiff's pro rate share of any recovery, except as ordered or approved by the Court.

7.  I make this declaration without waiver of any applicable privileges and without

2

1   waiver of any right to challenge the necessity for, or the constitutionality of, this
2   declaration or to object to the filing of this declaration on any ground whatsoever.
3   8.   The matters stated in this declaration are true to the best of my current knowledge,
4   information and belief.
5
6   Executed this 24 day of _January_, 2002, under the laws of the United States
7   of America.
8                              CAROL GAMBLE TRUST
9                              By: _Chris Ford Trustee_
10                             Its Authorized Agent
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## *DECLARATION OF PLAINTIFFS JUNE L. BLACKWELL and CHRIS FORD,*
## *AS JOINT TENANTS, TO SERVE AS*
## *CLASS REPRESENTATIVE*

JUNE L. BLACKWELL and CHRIS FORD, as Joint Tenants, hereby certify as follows:

1.   We have reviewed the complaint in this action against E-Rex, Inc., f/k/a/ P.R. STOCKS, A Nevada Corporation, and the Application for Appointment of Receiver and Call for Special Meeting of Shareholders and related relief filed in this Action.

2.   We did not purchase the security that is the subject of the complaint at the direction of Plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.   We are willing to serve as a representative party on behalf of a class as set forth in the Complaint, including providing testimony at deposition and trial, if necessary.

4.   To the best of our current knowledge, the following are all of our transactions in the security that is the subject of the Complaint during the class period specified in the Complaint:

     10,000 shares purchased February 2000 at $.10 per share

     165,600 shares purchased July 2000 through January 2002 at $.65 per share

     30,000 shares acquired February 2001.

5.   During the three year period preceding the date on which this certification is signed, we have not sought to serve as a representative party on behalf of a class in any case brought under the federal securities laws

6.   We agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the complaint, beyond plaintiff's pro rata share of any recovery, except as ordered or approved by the Court.

7.   We make this declaration without waiver of any applicable privileges and without waiver of any right to challenge the necessity for, or the constitutionality of, this declaration or to object to the filing of this declaration on any ground whatsoever.

8.    The matters stated in this declaration are true to the best of our current knowledge, information and belief.

Executed this 24 day of January, 2002, under the laws of the United States of America.

*June L. Blackwell*
JUNE L. BLACKWELL

*chris ford JTTEN*
CHRIS FORD

3

## DECLARATION OF PLAINTIFF JUNE L. BLACKWELL TO SERVE AS CLASS REPRESENTATIVE

I, JUNE L. BLACKWELL, hereby certify as follows:

1.   I have reviewed the complaint in this action against E-Rex, Inc., f/k/a/ P.R. STOCKS, A Nevada Corporation, and the Application for Appointment of Receiver and Call for Special Meeting of Shareholders and related relief filed in this Action.

2.   I did not purchase the security that is the subject of the complaint at the direction of Plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.   I am willing to serve as a representative party on behalf of a class as set forth in the Complaint, including providing testimony at deposition and trial, if necessary.

4.   To the best of my current knowledge, the following are all of my transactions in the security that is the subject of the Complaint during the class period specified in the Complaint:

58,490 shares purchased November 1999 through January 2002 at an average cost of $.75 per share

90,000 shares purchased February 2000 at $.10 per share

5.   During the three year period preceding the date on which this certification is signed, I have not sought to serve as a representative party on behalf of a class in any case brought under the federal securities laws

6.   I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the complaint, beyond plaintiff's pro rate share of any recovery, except as ordered or approved by the Court.

7.   I make this declaration without waiver of any applicable privileges and without waiver of any right to challenge the necessity for, or the constitutionality of, this declaration or to object to the filing of this declaration on any ground whatsoever.

//

2

8.     The matters stated in this declaration are true to the best of my current knowledge, information and belief.

Executed this _24_ day of _January_, 2002, under the laws of the United States of America.

*June L Blackwell*

JUNE L. BLACKWELL

## DECLARATION OF PLAINTIFF JOHN BUSSJEAGER TO SERVE AS CLASS REPRESENTATIVE

I, JOHN BUSSJEAGER, hereby certify as follows:

1.    I have reviewed the complaint in this action against E-Rex, Inc., f/k/a/ P.R. STOCKS, A Nevada Corporation, and the Application for Appointment of Receiver and Call for Special Meeting of Shareholders and related relief filed in this Action.

2.    I did not purchase the security that is the subject of the complaint at the direction of Plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.    I am willing to serve as a representative party on behalf of a class as set forth in the Complaint, including providing testimony at deposition and trial, if necessary.

4.    To the best of my current knowledge, the following are all of my transactions in the security that is the subject of the Complaint during the class period specified in the Complaint:

34,900 shares purchased May 25, 2000 at an average cost of $.26 per share

375,000 shares purchased June 2001 at an average of $.35 per share

5.    During the three year period preceding the date on which this certification is signed, I have not sought to serve as a representative party on behalf of a class in any case brought under the federal securities laws

6.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the complaint, beyond plaintiff's pro rate share of any recovery, except as ordered or approved by the Court.

7.    I make this declaration without waiver of any applicable privileges and without waiver of any right to challenge the necessity for, or the constitutionality of, this declaration or to object to the filing of this declaration on any ground whatsoever.

//
//

2

8.    The matters stated in this declaration are true to the best of my current knowledge, information and belief.

Executed this 28 day of January, 2002, under the laws of the United States of America.

JOHN BISSJAEGER

3

## DECLARATION OF PLAINTIFF RESSONYIA ANDERSON TO SERVE AS CLASS REPRESENTATIVE

I, RESSONYIA ANDERSON, hereby certify as follows:

1.    I have reviewed the complaint in this action against E-Rex, Inc., f/k/a/ P.R. STOCKS, A Nevada Corporation, and the Application for Appointment of Receiver and Call for Special Meeting of Shareholders and related relief filed in this Action.

2.    I did not purchase the security that is the subject of the complaint at the direction of Plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.    I am willing to serve as a representative party on behalf of a class as set forth in the Complaint, including providing testimony at deposition and trial, if necessary.

4.    To the best of my current knowledge, the following are all of my transactions in the security that is the subject of the Complaint during the class period specified in the Complaint:

     182,000 shares purchased April 2000 at an average cost of $.30 per share

5.    During the three year period preceding the date on which this certification is signed, I have not sought to serve as a representative party on behalf of a class in any case brought under the federal securities laws

6.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the complaint, beyond plaintiff's pro rate share of any recovery, except as ordered or approved by the Court.

7.    I make this declaration without waiver of any applicable privileges and without waiver of any right to challenge the necessity for, or the constitutionality of, this declaration or to object to the filing of this declaration on any ground whatsoever.

2

8.    The matters stated in this declaration are true to the best of my current knowledge, information and belief.

Executed this 25 day of January_____, 2002, under the laws of the United States of America.

RESSONYIA ANDERSON

3